IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOSEPH QUEEN, PRO SE, <br> TDCJ-CID No. 735318, <br><br> Plaintiff, <br><br> v. <br><br> JOHN H. ADAMS, ET AL., <br><br> Defendants | § <br> § <br> § <br> § <br> § <br> § 2:11-CV-0221 <br> § <br> § <br> § <br> § |

**ORDER OF DISMISSAL**

Plaintiff JOSEPH QUEEN, acting pro se and while a prisoner confined in the Texas Department of Criminal Justice, Correctional Institutions Division, filed suit pursuant to Title 42, United States Code, section 1983 complaining against a multitude of defendants employed by or otherwise associated with the Texas Department of Criminal Justice, as well the OFFICE OF THE ATTORNEY GENERAL, ALL JOHN DOES AND JANE DOES (Attorney for Texas), JOHN WHITMIRE, TEXAS PRISONS, and ALL JOHN DOES AND JANE DOES (Owners/Administrators/ and Educators Throughout Texas Prisons), and was granted permission to proceed *in forma pauperis*.

On February 27, 2012, a Report and Recommendation was issued by the United States Magistrate Judge recommending dismissal of the instant cause with prejudice as frivolous.

The period for response has expired, and no objections have been filed by plaintiff.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that

the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that the Civil Rights Complaint by plaintiff JOSEPH QUEEN is DISMISSED WITH PREJUDICE AS FRIVOLOUS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Any pending motions are DENIED.

The Clerk shall send a copy of this Order to plaintiff and to any attorney of record. The Clerk shall also mail copies of this order to TDCJ-Office of the General Counsel, P.O. Box 13084, Austin, TX 78711; and to the Pro Se Clerk at the U.S. District Court for the Eastern District of Texas, Tyler Division.

It is SO ORDERED.

Signed this the ___30th___ day of ___March___, 2012.

MARY LOU ROBINSON
United States District Judge